# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | ) | Case No. 11-42063 |
| | ) | |
| NIETO, GEORGE A., | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **9:30 a.m. on May 24, 2012 in Courtroom 680**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date: April 23, 2012                          By: /s/ Richard M. Fogel
                                                        Trustee

RICHARD F. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
312-276-1334
rfogel@shawgussis.com
**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: NIETO, GEORGE A § Case No. 11-42063
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 5,736.44 |
| and approved disbursements of | $ 0.00 |
| leaving a balance on hand of [1] | $ 5,736.44 |
| **Balance on hand:** | $ 5,736.44 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 5,736.44 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 635.51 | 0.00 | 635.51 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 635.51 |
| Remaining balance: | $ 5,100.93 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 5,100.93 |

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 5,100.93

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,905.76 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | GE Capital Retail Bank | 223.41 | 0.00 | 223.41 |
| 2 | Springleaf Financial Services | 1,682.35 | 0.00 | 1,682.35 |

Total to be paid for timely general unsecured claims: $ 1,905.76
Remaining balance: $ 3,195.17

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 3,195.17

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 3,195.17

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $0.78. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $3,194.39.

Prepared By: /s/RICHARD M. FOGEL
Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                            United States Bankruptcy Court
                            Northern District of Illinois
In re:                                                                  Case No. 11-42063-JPC
George A Nieto                                                          Chapter 7
         Debtor                   CERTIFICATE OF NOTICE
District/off: 0752-1          User: pseamann               Page 1 of 3                    Date Rcvd: Apr 24, 2012
                              Form ID: pdf006              Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2012.
db           +George A Nieto,    6407 S Oak Park Ave,    Chicago, IL 60638-4842
17931642     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
17931645    ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
              (address filed with court: Dell Financial Services,     Attn: Bankruptcy Dept.,    Po Box 81577,
              Austin, TX 78708)
17931646     +Freedman, Ansemo, Lindber & Rappe,    PO Box 3228,    Naperville, IL 60566-3228
18436923     +HSBC Finance Corporation,    PO Box 829009,    Dallas, TX 75382-9009
17931650     +Hfc - Usa,   Po Box 3425,    Buffalo, NY 14240-3425
17931651     +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5213,    Carol Stream, IL 60197-5213
17931652     +Hsbc/mscpi,   Po Box 3425,    Buffalo, NY 14240-3425
17931653     +Hsbc/rs,    90 Christiana Rd,    New Castle, DE 19720-3118
17931655    ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
              (address filed with court: Nissn Inf Lt,     Attn: Bankruptcy,    8900 Freeport Parkway,
              Irving, TX 75063)
17931656     +Plains Commerce Bank,    Po Box 1059,   Aberdeen, SD 57402-1059
17931657     +Silverleaf Resorts, Inc.,    1221 Riverbend Ste. 120,     Dallas, TX 75247-4911
17931658     +Sonia Cruz,   6407 S. Oak Park Ave.,    Chicago, IL 60638-4842
17931660     +Wellsfargo,   800 Walnut St,    Des Moines, IA 50309-3605
17931661     +Wf Fin Bank,    Wells Fargo Financial,    4137 121st St,    Urbandale, IA 50323-2310
17931662     +Wffnb/lazboy Mc,    P.o. Box 94498,   Las Vegas, NV 89193-4498
17931663     +Wfs Financial/Wachovia Dealer Services,     Po Box 3569,   Rancho Cucamonga, CA 91729-3569

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17931643     +E-mail/Text: cphillips@citizensfinance.com Apr 25 2012 02:33:39     Citizens Fin,
               1275 Main Street,   Dubuque, IA 52001-4730
17931644     +E-mail/Text: GCR_CCBankruptcies@cable.comcast.com Apr 25 2012 03:56:53     Comcast,
               4851 N. Milwaukee,   Chicago, IL 60630-2145
17931647     +E-mail/Text: ally@ebn.phinsolutions.com Apr 25 2012 03:35:30     G M A C,   Po Box 130424,
               Roseville, MN 55113-0004
18430137      E-mail/PDF: rmscedi@recoverycorp.com Apr 25 2012 03:16:43     GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
17931648     +E-mail/PDF: gecsedi@recoverycorp.com Apr 25 2012 02:08:12     Gemb/gap,   Po Box 965005,
               Orlando, FL 32896-5005
17931649     +E-mail/Text: bk@gafco.net Apr 25 2012 03:56:46     Great American Finance,
               20 N Wacker Dr. Suite 2275,    Chicago, IL 60606-1294
17931654     +E-mail/Text: BK@nationalcreditsolutions.net Apr 25 2012 03:37:10     National Credit Soluti,
               Po Box 15779,   Oklahoma City, OK 73155-5779
17931659      E-mail/PDF: cbp@slfs.com Apr 25 2012 03:46:44     Springleaf Financial S,    5901 S Archer Ave,
               Chicago, IL 60638
18495189      E-mail/PDF: cbp@slfs.com Apr 25 2012 03:46:44     Springleaf Financial Services,    PO box 971,
               Evansville IN 47706
                                                                                             TOTAL: 9

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: pseamann              Page 2 of 3                Date Rcvd: Apr 24, 2012
                              Form ID: pdf006             Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 26, 2012**             **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1           User: pseamann              Page 3 of 3                  Date Rcvd: Apr 24, 2012
                               Form ID: pdf006             Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 23, 2012 at the address(es) listed below:
              Joseph R Doyle    on behalf of Debtor George Nieto joe@bizardoylelaw.com,
               jim@bizardoylelaw.com;nicole@bizardoylelaw.com;craig@bizardoylelaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard M Fogel    rfogel@shawgussis.com, IL72@ecfcbis.com
                                                                                             TOTAL: 3