# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: NIETO, GEORGE A | § | Case No. 11-42063 |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $90,922.44
*(without deducting any secured claims)*

Assets Exempt: $7,300.00

Total Distribution to Claimants: $1,906.54

Claims Discharged
Without Payment: $5,736.00

Total Expenses of Administration: $635.51

3) Total gross receipts of $      5,736.44      (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $      3,194.39   (see **Exhibit 2**), yielded net receipts of  $2,542.05 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $159,305.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
|   CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 635.51 | 635.51 | 635.51 |
|   PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
|   PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 7,968.00 | 1,906.54 | 1,906.54 | 1,906.54 |
| **TOTAL DISBURSEMENTS** | $167,273.00 | $2,542.05 | $2,542.05 | $2,542.05 |

4) This case was originally filed under Chapter 7 on October 17, 2011. The case was pending for 8 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/02/2012_____ By:_/s/RICHARD M. FOGEL_____
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2011 income tax refund | 1124-000 | 5,736.44 |
| **TOTAL GROSS RECEIPTS** | | $5,736.44 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NIETO, GEORGE A | 100.00% dividend on Claim # SURPLUS, Ref: | 8200-002 | 3,194.39 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $3,194.39 |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Hsbc/mscpi | 4110-000 | 128,381.00 | N/A | N/A | 0.00 |
| NOTFILED | Silverleaf Resorts, Inc. | 4110-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Wfs Financial/Wachovia Dealer Services | 4110-000 | 6,532.00 | N/A | N/A | 0.00 |
| NOTFILED | Hfc – Usa | 4110-000 | 14,074.00 | N/A | N/A | 0.00 |
| NOTFILED | Citizens Fin | 4110-000 | 8,318.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $159,305.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 635.51 | 635.51 | 635.51 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $635.51 | $635.51 | $635.51 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | GE Capital Retail Bank | 7100-000 | 184.00 | 223.41 | 223.41 | 223.41 |
| 1I | GE Capital Retail Bank | 7990-000 | 0.00 | 0.09 | 0.09 | 0.09 |
| 2 | Springleaf Financial Services | 7100-000 | 2,048.00 | 1,682.35 | 1,682.35 | 1,682.35 |
| 2I | Springleaf Financial Services | 7990-000 | 0.00 | 0.69 | 0.69 | 0.69 |
| NOTFILED | National Credit Soluti | 7100-000 | 127.00 | N/A | N/A | 0.00 |
| NOTFILED | Nissn Inf Lt | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Plains Commerce Bank | 7100-000 | 457.00 | N/A | N/A | 0.00 |
| NOTFILED | Wf Fin Bank Wells Fargo Financial | 7100-000 | 3,068.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Hsbc/rs | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wffnb/lazboy Mc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wellsfargo | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Great American Finance | 7100-000 | 1,297.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | 387.00 | N/A | N/A | 0.00 |
| NOTFILED | Comcast | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | Dell Financial Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Freedman, Ansemo, Lindber & Rappe | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | G M A C | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $7,968.00 | $1,906.54 | $1,906.54 | $1,906.54 |

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 11-42063 | **Trustee:** (330720)  RICHARD M. FOGEL |
| **Case Name:** NIETO, GEORGE A | **Filed (f) or Converted (c):** 10/17/11 (f) |
| | **§341(a) Meeting Date:** 11/15/11 |
| **Period Ending:** 07/02/12 | **Claims Bar Date:** 02/16/12 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)** | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA=§554(a)**<br>**DA=§554(c)** | **Sale/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
| 1 | Real estate located at 6407 S Oak Park Ave, Chic<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 70,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Timeshare located at Fox<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking account with Chase<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1  (See Footnote) | 52.94 | 0.00 | DA | 0.00 | FA |
| 4 | Miscellaneous used household goods<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 1,250.00 | 0.00 | DA | 0.00 | FA |
| 5 | Miscellaneous books, tapes, CD's, etc.<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 6 | Personal used clothing<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 800.00 | 0.00 | DA | 0.00 | FA |
| 7 | Miscellaneous costume jewelry<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 50.00 | 0.00 | DA | 0.00 | FA |
| 8 | Employer - Term Life Insurance - no cash surrend<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | Whole life insurance policy with Colorado's Life<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 24.50 | 0.00 | DA | 0.00 | FA |
| 10 | Pension through employer<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | Unknown | 0.00 | DA | 0.00 | FA |
| 11 | Deferred Comensation<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | Unknown | 0.00 | DA | 0.00 | FA |
| 12 | 2005 Chevy Uplander 95,000 miles | 7,600.00 | 0.00 | DA | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-42063

**Case Name:**    NIETO, GEORGE A

**Period Ending:** 07/02/12

**Trustee:**    (330720)    RICHARD M. FOGEL

**Filed (f) or Converted (c):**    10/17/11 (f)

**§341(a) Meeting Date:**    11/15/11

**Claims Bar Date:**    02/16/12

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13 | 2006 Lincoln LS 95,000 miles | 10,045.00 | 0.00 | DA | 0.00 | FA |
| | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 14 | 2011 income tax refund  (See Footnote) | 7,291.00 | 5,736.44 | | 5,736.44 | FA |
| **14** | **Assets**    **Totals** (Excluding unknown values) | **$98,213.44** | **$5,736.44** | | **$5,736.44** | **$0.00** |

RE PROP# 3        Amended 2/28/12

RE PROP# 14      Amended 2/28/12

---

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    June 30, 2012       **Current Projected Date Of Final Report (TFR):**    April 23, 2012  (Actual)

Exhibit 9

# **Form 2**

Page: 1

## **Cash Receipts And Disbursements Record**

| | | |
|---|---|---|
| **Case Number:** | 11-42063 | |
| **Case Name:** | NIETO, GEORGE A | |
| | | |
| **Taxpayer ID #:** | **-***4681 | |
| **Period Ending:** | 07/02/12 | |

| | |
|---|---|
| **Trustee:** | RICHARD M. FOGEL (330720) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******67-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/01/12 | {14} | GEORGE NIETO | Non-exempt portion of federal income tax refund | 1124-000 | 5,736.44 | | 5,736.44 |
| 05/24/12 | 101 | RICHARD M. FOGEL | Dividend paid 100.00% on $635.51, Trustee Compensation;  Reference: | 2100-000 | | 635.51 | 5,100.93 |
| 05/24/12 | 102 | GE Capital Retail Bank | 100.00% dividend on Claim # 1, Ref: XXXXXXXXXXX8021 | 7100-000 | | 223.41 | 4,877.52 |
| 05/24/12 | 103 | Springleaf Financial Services | 100.00% dividend on Claim # 2, Ref: XXXXXXXXXXX0092 | 7100-000 | | 1,682.35 | 3,195.17 |
| 05/24/12 | 104 | NIETO, GEORGE A | 100.00% dividend on Claim # SURPLUS, Ref: | 8200-002 | | 3,194.39 | 0.78 |
| 05/24/12 | 105 | U.S. Bankruptcy Court | COMBINED SMALL CHECK  Interest payments should be issued to creditors Voided on 05/24/12 | 7990-000 | | ! 0.78 | 0.00 |
| 05/24/12 | 105 | U.S. Bankruptcy Court | COMBINED SMALL CHECK  Interest payments should be issued to creditors Voided: check issued on 05/24/12 | 7990-000 | | ! -0.78 | 0.78 |
| 05/24/12 | 106 | Springleaf Financial Services | 100.00% dividend on Claim # 2I, Ref: XXXXXXXXXXX0092 | 7990-000 | | 0.69 | 0.09 |
| 05/24/12 | 107 | GE Capital Retail Bank | 100.00% dividend on Claim # 1I, Ref: XXXXXXXXXXX8021 | 7990-000 | | 0.09 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 5,736.44 | 5,736.44 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 5,736.44 | 5,736.44 | |
| Less: Payments to Debtors | | 3,194.39 | |
| **NET Receipts / Disbursements** | $5,736.44 | $2,542.05 | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # 9200-******67-66** | 5,736.44 | 2,542.05 | 0.00 |
| | $5,736.44 | $2,542.05 | $0.00 |